# WILLIAM H. RAHE *v.* STATE OF MARYLAND
[No. 25, October Term, 1938.]

*Decided October 28th, 1938.*

The causes were argued before BOND, C. J., URNER, OF-FUTT, PARKE, MITCHELL, SHEHAN, and JOHNSON, JJ.

*Robert B. Elliott,* for the appellant.

*Herbert R. O'Conor, Attorney General, Hilary W. Gans, Deputy Attorney General,* and *William H. Maynard, Deputy State's Attorney for Baltimore City,* submitting on brief for the State.

URNER, J., delivered the opinion of the Court.